■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY F. CHICHESTER III, Appellant. [871 NYS2d 912]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 23, 1998 (*People v Chichester,* 248 AD2d 629 [1998]), affirming a judgment of the County Court, Suffolk County, rendered June 28, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Spolzino and Florio, JJ., concur.